No. 98–1167. CHRISTENSEN ET AL. v. HARRIS COUNTY ET AL. C. A. 5th Cir. Certiorari granted limited to the following ques-

tion: "Whether a public agency governed by the compensatory time provisions of the Fair Labor Standards Act of 1938, 29 U. S. C. § 207(o), may, absent a preexisting agreement, require its employees to use accrued compensatory time?"